IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-29-D

| | |
|---|---|
| ZACHERY MICHAEL CRAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ZACHERY MICHAEL DEBARTOLO, ) | |
| ) | |
| Defendant. ) | |

On August 25, 2014, plaintiff filed a motion to seal his reply memorandum [D.E. 59]. The court has reviewed the reply memorandum under the governing standard. See, e.g., Doe v. Pub. Citizen, 749 F.3d 246, 272–73 (4th Cir. 2014). The motion to seal [D.E. 59] is DENIED.

SO ORDERED. This 7 day of October 2014.

JAMES C. DEVER III
Chief United States District Judge